## THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION  )))))) | MDL DOCKET NO. 2329<br><br>RESPONSE IN SUPPORT OF MOTION FOR TRANSFER |
| This Document Relates To: Milter v. Wright Medical Technology, Inc. et. al., No. MIE 1:11-cv-11353  ))) | |

Wright Medical Technology, Inc. and Wright Medical Group ("Defendants") file this Response to Plaintiff Yefim Milter's Motion for Transfer of his action as a tag along to the above-captioned MDL proceeding (Docket No. 116).

Plaintiff's claims in his Amended Complaint have substantial factual and legal overlap to the matters currently pending in the MDL. Wright Medical does not oppose Plaintiff's Motion and agrees that his action should be transferred from the Eastern District of Michigan to the Wright Medical MDL pending in the Northern District of Georgia. Accordingly, Wright Medical respectfully requests that Panel transfer MIE 1:11-CV-11353 to MDL Docket No. 2329.

DATED: June 18, 2012        Respectfully Submitted:


/s/ Dana J. Ash
Dana J. Ash
DUANE MORRIS
30 South 17th Street

Philadelphia, PA 19103-4196
215-979-1197
Fax: 215-689-0844
Email: djash@duanemorris.com

*Counsel for MDL Defendants*